

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2025

No. 04-24-00826-CV

**STRUCTURAL CONCRETE SYSTEMS, LLC**,
Appellant

v.

**TEXAS FIRST RENTALS, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI00810
Honorable Antonia Arteaga, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are assessed against appellant Structural Concrete Systems, LLC.

It is so **ORDERED** on February 19, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk